IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHANIE BLOODWORTH,<br><br>  Plaintiff,<br>v.<br><br>ENTEGRA BANK,<br><br>  Defendant.<br>_____ | Civil Action No.<br>1:16-cv-01279-TWT<br><br>JURY TRIAL DEMANDED |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

THIS MATTER is before the Court upon the parties' Joint Motion to Approve Settlement Agreement. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement is **GRANTED**.

2. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement, are fair and reasonable under the circumstances, and the Settlement Agreement is hereby **APPROVED**.

3. This cause is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

4.     The Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Chambers at Atlanta, Georgia, this 1st day of August, 2016.

<u>/s/Thomas W. Thrash</u>
U.S. Distriact Court Judge
Northern District of Georgia
Atlanta Division